UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DENNIS QUILLIAN AND<br>BETTY G. QUILLIAN | CIVIL ACTION NO. 12-2572 |
| VS. | JUDGE JAMES |
| COUCH CONVILLE & BLITT, LLC | MAG. JUDGE HAYES |

### FAIR DEBT COLLECTION PRACTICES ACT COMPLAINT

Dennis and Betty G. Quillian complain of the defendant, Couch Conville & Blitt, LLC, and in connection with this complaint respectfully show:

1.      This is a suit to enforce consumer rights under the Fair Debt Collection Act. The court has jurisdiction as provided by 28 U.S.C. §1331.

2.      Venue is proper in this district as plaintiffs reside here and the conduct about which plaintiffs complain occurred in this parish.

3.      Defendant is a group of collection lawyers who filed suit against Dennis Quillian on behalf of Capital One Bank (USA), N.A.

4.      Despite defendant's knowledge that plaintiffs are represented by counsel who filed an answer on behalf of Dennis Quillian in the Capital One Bank suit, defendant has persisted in efforts to contact plaintiffs and harass them by calling employers and relatives.

5.      Betty G. Quillian works for Johnston & Company, LLP, certified public accountants.

6.      Approximately two weeks before this complaint has been filed, defendant called Brad Johnston ostensibly to get information about plaintiffs, but the purpose was to harass Betty Quillian and apply pressure through her employment.

7. At approximately 8:40 p.m. on September 18, 2012, Betty Quillian received a call from David Johnston, senior member of the accounting firm, whose home had been called by defendant earlier that day. There is no conceivable legitimate basis for defendant to call home of Mrs. Quillian's employer.

8. Also, on September 18, 2012, defendant's representative called Betty Quillian's daughter-in-law, the wife of an Army man deployed overseas in special operations. This resulted in alarm on the part of Betty Quillian's son and daughter-in-law. The misrepresentation that Betty Quillian had used her son's name in connection with a loan caused hard feelings.

9. Although Betty Quillian has been married to Dennis Quillian for many years, defendant's representative called her ex-husband from whom she has been divorced for 19 years.

10. Defendant's representative used the name Sullivan, but the defendant's website shows no attorney by that name.

11. Defendant has violated 16 U.S.C. §§1692c, 1692d, and 1692e. Defendant is therefore liable to plaintiffs for damages and attorney's fees provided by 15 U.S.C. §1692k.

**WHEREFORE PLAINTIFFS PRAY** that there be judgment herein in their favor and against the defendant for such damages as to which they prove themselves justly entitled, all costs of this proceeding, and reasonable attorney's fees.

Respectfully submitted,

\s\ *James A. Rountree*
James A. Rountree, 11491
Rountree Law Offices
400 Hudson Lane
Monroe, Louisiana  71201
Telephone: (318) 398-2737
Facsimile:  (318) 398-2738