RECEIVED
IN ALEXANDRIA, LA.

JUN 1 1 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DENNIS QUILLIAN AND<br>BETTY G. QUILLIAN | CIVIL ACTION NO. 12-2572 |
| VS. | JUDGE JAMES |
| COUCH CONVILLE & BLITT, LLC | MAG. JUDGE HAYES |

## JUDGMENT

Considering plaintiff's motion for an order of dismissal, good cause appearing

**IT IS ORDERED** that this matter be and it is hereby **DISMISSED WITH PREJUDICE.**

Each party is to bear its own costs.

Monroe, Louisiana, this 11th day of June, 2013.

_____
JUDGE

J:\Jim\Corel\jar\5342.002 cc debt\federal\order dismiss-060713.wpd